IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICKIE WESTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-6073 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**SURRICK, J.**                                                                                   **MAY 6, 2014**

**O R D E R**

    **AND NOW**, this 6th day of May, 2014, upon consideration of the Motions to Dismiss of Defendants Richard Ames, the City of Philadelphia, Nefertiti Savoy (ECF No. 2), and Intercultural Family Services, Inc. (ECF No. 11), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED**.  Plaintiff's Complaint is **DISMISSED**, and the Clerk of Court is directed to mark this case **CLOSED**.

    **IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**